## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **Case No:**   **09-20019** |
| Ronald Jefferson | ) | |
|    Shontal Caprice | ) | **Chapter:**   **Chapter 13** |
|  Jefferso | ) | |
|       ¯ ·· | ) | **Judge:**   **John H. Squires** |

### NOTICE OF MOTION

**To:**    Ronald Jefferson, 136 Forrestview Lane, Aurora, IL, 60502

Glenn B. Stearns, 4343 Commerce Ct. #120, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **FEBRUARY 18, 2011 at 10:30 a.m.**, I shall appear before the Honorable Judge **John H. Squires** in 505 N. County Farm Rd. #4016, Wheaton, IL and then and there present the attached **MOTION TO ALLOW THE LOAN MODIFICATION OF REAL PROPERTY**, a copy of which is attached hereto.

**By:**   /s/Alex Wilson
Alex Wilson

### CERTIFICATE OF SERVICE

I, Alex Wilson, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on January 19, 2011.

**By:** /s/Alex Wilson
Alex Wilson

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

MATRIX.TXT

CHASE
Attn: Bankruptcy Dept.
900 Stewart Ave
Garden City, NY 11530

FORD CRED
Attn: Bankruptcy Dept.
Po Box Box 542000
Omaha, NE 68154

NCO FIN/55
Attn: Bankruptcy Dept.
Po Box 13570
Philadelphia, PA 19101

HOME Coming Funding NE
Attn: Bankruptcy Dept.
2711 N Haskell Ave. Sw 1
Dallas, TX 75204

Wells Fargo HM Mortgag
Attn: Bankruptcy Dept.
8480 Stagecoach Cir
Frederick, MD 21701

Sallie Mae
Attn: Bankruptcy Dept.
1002 Arthur Dr
Lynn Haven, FL 32444

Jonathan Jefferson
136 Forestview Lane
Aurora, IL 60502

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013

TransUnion
Attn: Bankruptcy Dept.
P.O. Box 1000
Chester, PA 19022

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington, DE 19850

Beneficial/HFC
Attn: Bankruptcy Dept.
Po Box 1547
Chesapeake, VA 23327

Wfnnb/NEWPORT NEWS
Attn: Bankruptcy Dept.
995 W 122Nd Ave
Westminster, CO 80234

MATRIX.TXT

CHASE
Attn: Bankruptcy Dept.
800 Brooksedge Blvd
Westerville, OH 43081

Wfnnb/NEW YORK & COMPA
Attn: Bankruptcy Dept.
220 W Schrock Rd
Westerville, OH 43081

GEMB/JCP
Attn: Bankruptcy Dept.
Po Box 984100
El Paso, TX 79998

GEMB/CARE CREDIT
Attn: Bankruptcy Dept.
Po Box 981439
El Paso, TX 79998

Pecola Doggett
3103 N. Oakley
Chicago, IL 60618

Capital One
Attn: Bankruptcy Dept.
Po Box 85520
Richmond, VA 23285

CHASE
Attn: Bankruptcy Dept.
800 Brooksedge Blvd
Westerville, OH 43081

Wells Fargo Home Mortgage
Bankruptcy Department
PO Box 6429
Carol Stream, IL 60197-6429

Homecomings Financial
Attn: Bankruptcy Dept.
PO Box 105682
Atlanta, GA 30348

Home Depot
Bankruptcy Department
PO Box 689100
Des Moines, IA 50368-9100

**IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | **Case No:    09-20019** |
| Ronald Jefferson | ) | |
|     Shontal Caprice | ) | **Chapter:    Chapter 13** |
|  Jefferso | ) | |
|        ‾ ‥ | ) | **Judge:    John H. Squires** |

## MOTION TO ALLOW THE LOAN MODIFICATION OF REAL PROPERTY

NOW COMES the Debtors, Mr. & Mrs. Ronald Jefferson (the "Debtor"), by and through their attorneys, Geraci Law, LLC, to present their **MOTION TO ALLOW THE LOAN MODIFICATION OF REAL PROPERTY,** and state as follows:

1.   This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2.   The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 06/01/2009.

3.   On 8/7/2009, the Court confirmed the Chapter 13 plan.

4.   The Debtor now seeks a Loan modification on their property located at 136 Forrestview Lane, Aurora, IL.

5.   The terms of the loan modification are attached as exhibit A.

6.   All net proceeds from the refinancing will be paid to the Trustee against the balance due on the confirmed plan.

WHEREFORE, the Debtors, Mr. and Mrs. Jefferson pray that this

Court enter an order permitting them to modify their loan located

at 136 Forrestview Lane, Aurora, IL and for such further

additional relief that this Court may deem just and proper.


                              /s/Alex Wilson
                                Alex Wilson



**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):   877.247.1960