This fax was received by Geraci Law LLC visit: http://www.infotapes.com

#474-029

WELLS FARGO HOME MORTGAGE

December 17, 2010

NAME: SHONTAL C JEFFERSON & RONALD D JEFFERSON
CASE: 09-20019
WFHM: 936-0641750187

Dear Sir or Madam:

WFHM previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that WFHM is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED HAMP MODIFICATION WOULD CONSIST OF THE FOLLOWING:

| CURRENT TERMS | | Proposed Modified Terms | |
|---|---|---|---|
| | | | |
| Current UPB | $264,706.54 | Post Modification UPB | $294,151.22 |
| Current Maturity Date | 09/01/2035 | Post Modification Maturity Date | 09/01/2035 |
| Current Term (in months) | 296 | Post Modification Term (in months) | 296 |
| Current Payment Due Date | 10/01/2009 | Post Modification Due Date | 02/01/2011 |
| Current P & I | $1,678.74 | Post Modification P & I | $1,446.02 |
| Current Payment Amount | $2,375.19 | Estimated Post Modification Payment Amount | $2,256.94 |
| Amount Capitalized | $29,444.68 | Contribution Required | $ 00.00 |
| Current Interest Rate | 6.000% | Post Modification Interest Rate | Step rate outlined below |

| | Interest Rate | Effective Date | P&I Payment |
|---|---|---|---|
| Step 1 | 03.250% | 1/1/2011 | $1,446.02 |
| Step 2 | 04.250% | 1/1/2016 | $1,576.70 |
| Step 3 | 04.875% | 1/1/2017 | $1,657.94 |
| Step 4 | | | |
| Step 5 | | | |
| Step 6 | | | |
| Step 7 | | | |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage**. When written consent is obtained it

3476 STATEVIEW BLVD.FORT MILL, SC 29715
PHONE 1-800-274-7025 • FAX: 1-866-359-5154

should be forwarded to my attention. Once received, we will generate the loan documents to you for original signatures. WFHM will then withdraw any proof of claim in this case and process, the modification as noted.

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE.**

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, WFHM does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions. I can also be reached by email at CRISTINA.LAYANA@WELLSFARGO.COM

I thank you for your time and support in this case.

SINCERELY,

CHRISTINA LAYANA

Cc: ALEX WILSON

3476 STATEVIEW BLVD.FORT MILL, SC 29715
PHONE 1-800-274-7025, DIRECT: 803-396-4531 • FAX: 1-866-359-5154

This fax was received by Geraci Law LLC visit: http://www.infotapes.com